**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**
**CENTRAL DIVISION**

| | |
|---|---|
| In re: GARCIA, JULIO VICTOR | § Case No. 12-35146 |
| GARCIA, DANIELLE K | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David C. West, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $19,314.00　　　　　　　　　Assets Exempt: $2,725.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,475.69　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　Without Payment: $45,639.15

Total Expenses of Administration: $565.04

---

3) Total gross receipts of $ 2,040.73 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $2,040.73 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $14,989.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 565.04 | 565.04 | 565.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 770.85 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 49,901.64 | 28,696.20 | 28,696.20 | 1,475.69 |
| **TOTAL DISBURSEMENTS** | $65,661.49 | $29,261.24 | $29,261.24 | $2,040.73 |

4) This case was originally filed under Chapter 7 on December 03, 2012. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/11/2013          By: /s/David C. West
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank Accounts | 1129-000 | 38.59 |
| Tax Refunds-2012 | 1224-000 | 2,002.14 |
| **TOTAL GROSS RECEIPTS** | | **$2,040.73** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Dealer Services | 4210-000 | 14,989.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$14,989.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David C. West | 2100-000 | N/A | 510.18 | 510.18 | 510.18 |
| David C. West | 2200-000 | N/A | 24.86 | 24.86 | 24.86 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $565.04 | $565.04 | $565.04 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Utah State Tax Commission | 5800-000 | 547.85 | N/A | N/A | 0.00 |
| NOTFILED | Utah Department of Work Force Services | 5800-000 | 223.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $770.85 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Discover Bank | 7100-000 | 4,960.00 | 4,960.63 | 4,960.63 | 255.10 |
| 3 | Sallie Mae | 7100-000 | 7,439.00 | 5,193.12 | 5,193.12 | 267.05 |
| 4 | America First Credit Union | 7100-000 | 16,403.00 | 15,753.56 | 15,753.56 | 810.12 |
| 5 | Intermountain Healthcare | 7100-000 | 807.00 | 807.27 | 807.27 | 41.51 |
| 6 | Capital One, N.A. | 7100-000 | 1,500.00 | 1,549.77 | 1,549.77 | 79.70 |
| 7 | Alpine Home Medical Equipment | 7100-000 | 374.00 | 431.85 | 431.85 | 22.21 |
| NOTFILED | MCC Group Inc | 7100-000 | 183.61 | N/A | N/A | 0.00 |
| NOTFILED | Utah Central Credit Union | 7100-000 | 2,556.00 | N/A | N/A | 0.00 |
| NOTFILED | Utah Central Credit Union | 7100-000 | 950.00 | N/A | N/A | 0.00 |
| NOTFILED | Utah Central Credit Union | 7100-000 | 5,569.00 | N/A | N/A | 0.00 |
| NOTFILED | GECRB/Lowes | 7100-000 | 136.00 | N/A | N/A | 0.00 |
| NOTFILED | Utah Central Credit Union | 7100-000 | 7,500.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Bonneville Billing | 7100-000 | 923.00 | N/A | N/A | 0.00 |
| NOTFILED | Ehasan Hadibian MD | 7100-000 | 601.03 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $49,901.64 | $28,696.20 | $28,696.20 | $1,475.69 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-35146  
**Case Name:** GARCIA, JULIO VICTOR  
              GARCIA, DANIELLE K  
**Period Ending:** 12/11/13

**Trustee:** (640120)   David C. West  
**Filed (f) or Converted (c):** 12/03/12 (f)  
**§341(a) Meeting Date:** 01/18/13  
**Claims Bar Date:** 08/13/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) <br> Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Bank Accounts | 0.00 | 38.59 | | 38.59 | FA |
| 2   Security Deposits | 1,600.00 | 0.00 | | 0.00 | FA |
| 3   Household Goods & Furnishings | 600.00 | 0.00 | | 0.00 | FA |
| 4   Automobiles-2008 Toyota Siena | 14,989.00 | 0.00 | | 0.00 | FA |
| 5   Automobiles-1998 Acura Integra | 2,125.00 | 0.00 | | 0.00 | FA |
| 6   Tax Refunds-2012  (u) | 0.00 | 2,331.83 | | 2,002.14 | FA |
| 6   **Assets   Totals** (Excluding unknown values) | **$19,314.00** | **$2,370.42** | | **$2,040.73** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    April 1, 2014         **Current Projected Date Of Final Report (TFR):**    August 28, 2013  (Actual)

Printed: 12/11/2013 02:28 PM     V.13.13

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 12-35146 | | **Trustee:** | David C. West (640120) |
|---|---|---|---|---|
| **Case Name:** | GARCIA, JULIO VICTOR | | **Bank Name:** | Rabobank, N.A. |
| | GARCIA, DANIELLE K | | **Account:** | ******8966 - Checking Account |
| **Taxpayer ID #:** | **-***4349 | | **Blanket Bond:** | $84,132,847.00  (per case limit) |
| **Period Ending:** | 12/11/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/13/13 | | Mountain America Federal Credit Union | Tax Refunds-Bank Accounts | | 2,040.73 | | 2,040.73 |
| | {1} | | Bank accounts                                 38.59 | 1129-000 | | | 2,040.73 |
| | {6} | | 2012 Federal tax refund            2,002.14 | 1224-000 | | | 2,040.73 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,030.73 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,020.73 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,010.73 |
| 10/08/13 | 101 | David C. West | Dividend paid 100.00% on $24.86, Trustee Expenses;  Reference: | 2200-000 | | 24.86 | 1,985.87 |
| 10/08/13 | 102 | David C. West | Dividend paid 100.00% on $510.18, Trustee Compensation;  Reference: | 2100-000 | | 510.18 | 1,475.69 |
| 10/08/13 | 103 | Discover Bank | Dividend paid  5.14% on $4,960.63; Claim# 2; Filed: $4,960.63; Reference: 1023 | 7100-000 | | 255.10 | 1,220.59 |
| 10/08/13 | 104 | Sallie Mae | Dividend paid  5.14% on $5,193.12; Claim# 3; Filed: $5,193.12; Reference: 3615 | 7100-000 | | 267.05 | 953.54 |
| 10/08/13 | 105 | America First Credit Union | Dividend paid  5.14% on $15,753.56; Claim# 4; Filed: $15,753.56; Reference: 5467 | 7100-000 | | 810.12 | 143.42 |
| 10/08/13 | 106 | Intermountain Healthcare | Dividend paid  5.14% on $807.27; Claim# 5; Filed: $807.27; Reference: 12815282006 | 7100-000 | | 41.51 | 101.91 |
| 10/08/13 | 107 | Capital One, N.A. | Dividend paid  5.14% on $1,549.77; Claim# 6; Filed: $1,549.77; Reference: 3977 (KOHL'S) | 7100-000 | | 79.70 | 22.21 |
| 10/08/13 | 108 | Alpine Home Medical Equipment | Dividend paid  5.14% on $431.85; Claim# 7; Filed: $431.85; Reference: 2894 | 7100-000 | | 22.21 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,040.73 | 2,040.73 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 2,040.73 | 2,040.73 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,040.73** | **$2,040.73** | |

{} Asset reference(s)  Printed: 12/11/2013 02:28 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-35146  
**Case Name:** GARCIA, JULIO VICTOR  
GARCIA, DANIELLE K  
**Taxpayer ID #:** **-***4349  
**Period Ending:** 12/11/13

**Trustee:** David C. West (640120)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8966 - Checking Account  
**Blanket Bond:** $84,132,847.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 2,040.73  
Net Estate : $2,040.73

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******8966** | 2,040.73 | 2,040.73 | 0.00 |
| | $2,040.73 | $2,040.73 | $0.00 |

{} Asset reference(s)

Printed: 12/11/2013 02:28 PM    V.13.13